## 19626.  Ross v. The State.

BLOODWORTH, J.  The motion for a new trial is based on the general grounds only.  The evidence authorized the verdict, no error of law is shown, and the court properly overruled the motion.

Judgment affirmed.  Broyles, C. J., and Luke, J., concur.

DECIDED MAY 14, 1929.

H. A. Woodward, Gordon W. Chambers, for plaintiff in error.
W. Inman Curry, solicitor, contra.

## 19630.  GRAYSON v. THE STATE.

LUKE, J.  1. In proving the time of the commission of an offense the State is not, as a general rule, restricted to proof of the date alleged in the indictment, but is permitted to prove its commission on any date within the statute of limitations.  Penal Code (1910), § 954.

2. Where one is on trial for the offense of having intoxicating liquors in his possession in a described automobile at a designated point, evidence tending to show that he had such liquors in his possession at another place shortly before the particular transaction alleged in the indictment is admissible as a circumstance pointing to his guilt.

3. The evidence authorized the verdict, and for no reason pointed out did the court err in overruling the motion for a new trial.

Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.

DECIDED MAY 14, 1929.

H. A. Allen, J. C. Miner, for plaintiff in error.
John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw, contra.